UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Paul Bogoni

_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

Vidania Gomez

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/11

11 Civ. 8093 (RJH) ( )

**NOTICE OF APPEARANCE**

RECEIVED DEC 12 2011 PRO SE OFFICE

Please take notice that I, Vicdania Gomez _____, a defendant in
                                 *(name)*
this action, hereby appear *pro se* and that all future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

Dated: New York , NY
       *(town/city)*   *(state)*

       December  12 , 20 11

Signature: *Vicdania Gomez*
Signature of Defendant

755 West End Avenue #2B
Address

New York, NY 10025
City, State & Zip Code

917-596-4441
Telephone Number

800-213-9864
Fax Number (if you have one)

Rev. 05/2007                                     3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

__Paul Bogoni__

(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

- against -

__Vicdania Gómez__

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

11 Civ. 8093 (RJH) (   )

**AFFIRMATION OF SERVICE**

I, __Vicdania Gómez__ (name), declare under penalty of perjury that I have served a copy of the attached __Notice of Appearance__ (document you are serving) upon __David D. Lin, Attorney For Plaintiff__ (name of person served) whose address is __Lewis and Lin, LLC, 45 Main Street, Suite 608, Brooklyn, NY. 11201__ (where you served document)

by _____
(how you served document: For example - personal delivery, mail, overnight express, etc.)

Dated: __New York__, __NY__
       (town/city)    (state)

__December__ __12__, 20__11__
(month)      (day)  (year)

Signature: __Vicdania Gómez__

Address: __755 West End Ave, 2B__

City, State: __New York, NY.__

Zip Code: __10025__

Telephone Number: __917-596-4441__

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.64 |
| Certified Fee | | $2.85 |
| Return Receipt Fee (Endorsement Required) | | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.79 |

0004 05

Postmark Here

12/12/2011

Sent To: David D. Lin, Lewis Lin, LLC
Street, Apt. No.; or PO Box No.: 45 Main Street, Suite 608
City, State, ZIP+4: Brooklyn, NY 11201

PS Form 3800, August 2006          See Reverse for Instructions