USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAR 1 2 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
PAUL BOGONI,                        :
                                    :     11 Civ. 8093 (KBF)
                      Plaintiff,    :
           -v-                      :     ORDER
                                    :
VICDANIA GOMEZ,                     :
                      Defendant.    :
                                    :
------------------------------------X

KATHERINE B. FORREST, District Judge:

   WHEREAS on February 27, 2012, this Court set a status conference to be held on March 12, 2012 (see Dkt. No. 18); and

   WHEREAS pro se defendant Vicdania Gomez failed to appear for that status conference; and

   WHEREAS the Court has been informed that this is defendant's second failure to appear for a Court-ordered conference;

   IT IS HEREBY ORDERED that the parties are to appear for a status conference on **March 16, 2012, at 10:30 a.m.**, in Courtroom 15A, United States Courthouse, 500 Pearl Street, New York, NY 10007.

IT IS FURTHER ORDERED that if pro se defendant fails to appear at the status conference, the Court will impose sanctions--namely, striking defendant's answer.

SO ORDERED:

Dated: New York, New York
       March 12, 2012

                                      Katherine B. Forrest
                                UNITED STATES DISTRICT JUDGE

Copy mailed to:

Vicdania Gomez
755 West End Avenue
#2B
New York, NY 10025