USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/31/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PAUL BOGONI,

                         Plaintiff,                    11 **CIVIL** 8093 (KBF)

       -against-                               **JUDGMENT**

VICDANIA GOMEZ,

                        Defendant.
------------------------------------------------------------X

       Whereas on November 13, 2012 this Court having granted in part plaintiff's motion for attorney's fees and costs, and the matter having come before the Honorable Katherine B. Forest, United States District Judge, and the Court, on December 7, 2012 and January 30, 2013, having rendered its Orders that plaintiff, as the prevailing party in this Anticybersquatting Consumer Protection Act case, is awarded $44,743.25 in attorneys' fees and $2,163.16 in costs, and to issue Judgment consistent with this Order, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Orders dated December 7, 2012 and January 30, 2013, plaintiff, as the prevailing party in this Anticybersquatting Consumer Protection Act case, is awarded $44,743.25 in attorneys' fees and $2,163.16 in costs.

**Dated:** New York, New York
          January 31, 2013

                                                         **RUBY J. KRAJICK**

                                                         **Clerk of Court**
                               **BY:**

                                                         **Deputy Clerk**